UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:14-CR-18 |
| | ) | |
| DARWIN ALTAMIRANO | ) | |

## FINDINGS AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE
## UPON A PLEA OF GUILTY

TO:   THE HONORABLE THERESA L. SPRINGMANN, JUDGE,
UNITED STATES DISTRICT COURT

Upon Defendant's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules

of Criminal Procedure, this matter came on for hearing before U.S. Magistrate Roger B. Cosbey,

on April 18, 2014, with the written consents of the defendant, counsel for the defendant, and

counsel for the United States of America.  The Defendant waived in open Court prosecution by

indictment and consented that the proceedings may be by information rather than by indictment.

The hearing on defendant's plea of guilty was in full compliance with Rule 11, Federal

Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by the defendant under oath on

the record and in the presence of counsel, the remarks of the Assistant United States Attorney and

of counsel for defendant,

I FIND as follows:

(1) that defendant understands the nature of the charge against him to which the plea is

offered;

(2) that the defendant's waiver of indictment is knowing and voluntary;

(3) that the defendant understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(4) that the defendant understands what the maximum possible sentence is, including the effect of the supervised release term, and defendant understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(5) that the plea of guilty by the defendant has been knowingly and voluntarily made and is not the result of force or threats or of promises apart from the plea agreement between the parties;

(6) that defendant is competent to plead guilty;

(7) that the defendant understands that his answers may later be used against him in a prosecution for perjury or false statement;

(8) that there is a factual basis for the defendant's plea;

(9) the defendant knowingly and voluntarily waived the privilege against self-incrimination under the Fifth Amendment of the United States Constitution, and likewise understood that without such waiver it is possible that he may not be prosecuted for misprision of felony in violation of 18 U.S.C. § 4. *See United States v. Davila*, 698 F.2d 715, 719 (5th Cir. 1983); and further,

I RECOMMEND that the Court accept both the defendant's waiver of indictment and plea of guilty and that the Defendant be adjudged guilty of the offense charged in the Information and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and the Defendant adjudged guilty, sentencing will be scheduled before Judge Theresa L. Springmann by separate order and notice. Objections to the Findings

and Recommendation are waived unless filed and served within fourteen (14) days.  28 U.S.C.

§ 636(b)(1)(B).

DATED this 18th day of April, 2014.

/s/ Roger B. Cosbey          
Roger B. Cosbey
United States Magistrate Judge